(June 19, 1891.)

AH KLE ET AL. v. McLEAN ET AL.

[26 Pac. 937.]

APPEAL FROM ORDER FOR JUDGMENT—DISMISSAL OF.—An appeal will not lie from an order for a judgment.

APPEAL from District Court, Idaho County.

James W. Poe and James W. Reid, for Appellant.

The dismissal of an action is a final judgment. (12 Am. & Eng. Ency. of Law, 65, note, and authorities there cited; *Dowling v. Polach,* 18 Cal. 628; *Leese v. Sherwood,* 21 Cal.

163; Black on Judgments, sec. 27.)    A dismissal of the plaintiff's suit upon the merits is as conclusive upon the rights of the parties as any other judgment that might have been rendered in the case.    (*Parrish v. Ferris,* 2 Black, 606; *Durant v. Essex Co.,* 7 Wall. 107; *Case v. Beauregard,* 101 U. S. 688.)

J. H. Forney and Albert Allen, for Respondent.

An order sustaining a demurrer and dismissing an action is not an appealable order. (Idaho Rev. Stats., sec. 4807; *Moulton v. Ellmaker,* 30 Cal. 529; *Sutter v. San Francisco,* 36 Cal. 114; *Daniels v. Lansdale,* 38 Cal. 567; *Hebira v. Smith,* 39 Cal. 145; *Agard v. Valencile,* 39 Cal. 297; *Ashley v. Olmstead,* 54 Cal. 618; *Moraga v. Emeric,* 4 Cal. 308; *Mordecai v. Lindsay,* 19 How. 199.)    An appeal cannot be taken from parts of two judgments and an order for judgment by one notice of appeal, and one undertaking. (*People v. Custer,* 61 Cal. 191.)    As appears from the transcript in this case there has been no entry of a final judgment in the action, therefore an appeal will not lie. (Idaho Rev. Stats., sec. 4807; 1 Black on Judgments, 106; *McLaughlin v. Doherty,* 54 Cal. 519; *Gray v. Palmer,* 28 Cal. 421; Hayne on New Trial and Appeal, 183; *People v. Center,* 66 Cal. 553, 5 Pac. 263, 6 Pac. 481.)

MORGAN, J.—The transcript in this case fails to show that any judgment was ever entered, but merely an order for a judgment. Therefore the opinion in the case of *Durant v. Comegys,* ante, p. 67, 35 Am. St. Rep. 267, 26 Pac. 755 (decided at this term), applies to, and will govern, this case. Appeal dismissed without prejudice to another appeal; costs of appeal awarded to respondents.

Sullivan, C. J., and Huston, J., concur.